IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHANE ASHTON LONIX**　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #145216**

VS.　　　　　　　　　　　　　　　**4:23-cv-01041-BRW**

**MUSSELWHITE, Warden,**
**Cummins Unit, ADC;** *et al.*　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. (Doc. 13.)  After careful and *de novo* review, I approve and adopt the Recommended Disposition in all respects.

Therefore, the Complaint (Doc. 2) is dismissed without prejudice, and this case is closed. An *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.[1]

IT IS SO ORDERED this 4th day of January 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　BILLY ROY WILSON
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).

1